IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MIA LILY GRACE MURPHY,[1] | § | |
| | § | No. 568, 2018 |
| Petitioner-Below, | § | |
| Appellant, | § | |
| | § | Court Below: |
| v. | § | Family Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | File No. 0803039659 |
| Respondent-Below, | § | Petition No. 18-24749 |
| Appellee. | § | |

Submitted: March 6, 2019
Decided: March 7, 2019

Before **VALIHURA**, **SEITZ**, and **TRAYNOR**, Justices.

### O R D E R

This 7th day of March, 2019, having considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Family Court in its Order dated October 15, 2018;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] By Order dated November 9, 2018, the Court *sua sponte* assigned a pseudonym to the Appellant. Del. Sup. Ct. R. 7(d).